**BEAVER v. CITY OF SALISBURY**

[350 N.C. 376 (1999)]

JUDY BEAVER, Spouse of KYLE R. BEAVER, Deceased v. CITY OF SALISBURY, SELF-INSURED

No. 394PA98

(Filed 7 May 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 130 N.C. App. 417, 502 S.E.2d 885 (1998), reversing an opinion and award of the Industrial Commission entered 27 May 1997. Heard in the Supreme Court 11 February 1999.

*Doran and Shelby, P.A., by David A. Shelby and Michael Doran, for plaintiff-appellant.*

*Underwood Kinsey Warren & Tucker, P.A., by C. Ralph Kinsey, Jr., and Richard L. Farley, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.